(..02) General Document

# UNITED STATES DISTRICT COURT
## Southern District of Florida

Case Number: _____

JerMarsh Robinson
_____
Plaintiff(s)

v.

ASA College
_____
_____
_____
Defendant(s)

FILED by JL D.C.
APR 17 2017
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. of FLA. - MIAMI

## Complaint (Civil suit)
*(TITLE OF DOCUMENT)*

I, Jermarsh Robinson, plaintiff or defendant, in the above styled cause,

ASA college used my personal data to do fraud or deception. Which is identity theft and that is a crime. identification fraud 18 USC 1028, computer fraud 18 USC 1030 ASA college tried to run up vast debts and committ crimes while using the victims name Jermarsh Robinson. The victim even had losses which include correcting information for which the criminal is responsible. ASA college used the victims personal data to take out two unauthorized bank loans with the Dept. of Education. They signed my name on loan applications and put holds on the loans called Cod holds which only they can do That also broke the identity theft and Assumption Deterrance Act. The Department of Education is a Federal agency.

(Rev. 10/2002) General Document

Whether ASA college did those unauthorized bank loans by negligence (accidental business errors or miscalculations) or by deliberate indifference (with the very purpose of causing harm or with knowledge that harm will result) they still broke Federal statue.

The victim contacted the Dept. of Education, Ombuzzman, and systems feedback (studentaid.ed.gov.) There is a case number with those federal dept. Case # 00989176. The victim made a police report complaint with the Hialeah, Florida police dept. Case # 2017004295.

There has been multiple offensive contacts made against the victim by ASA college. They have been stalking, harassing, threatening, robbed and assaulted the victim before the identity theft. An employee named Diandra Umpiere did those things to the victim Jermarsh Robinson. The victim filed for 4 restraining orders —

Certificate of Service

I _____, certify that on this date _____ a true copy of the foregoing document was mailed to: _____
name(s) and address(es)

By:

_____    _____
Printed or typed name of Filer    Signature of Filer

_____    _____
Florida Bar Number    E-mail address

_____    _____
Phone Number    Facsimile Number

_____
Street Address

_____
City, State, Zip Code

(Rev. 10/2002) General Document

Complaint continued

against ASA college and that employee. Case # 2016-014591-FC-04 for the restraining orders. And there is also two additional police reports with case # 2016020735 and case # 2016022434. Since ASA college was sending themselves money in my name unauthorized not to mention all the other offensive contacts made by ASA college under the 14th amendment I am entitled to compensation. And the Due process clause as well as the Equal Protection clause also entitle me to compensation by laws and the United States constitution. ASA college also broke the Federal False Claims Act 31 U.S. Code § 3729.

ASA college's bank account was used in this Federal crime, which makes them an accomplice or an accessory. ASA college being an accomplice or an accessory makes them as liable as the principal offender to the same extent.

Certificate of Service

I _____ , certify that on this date _____ a true copy of the foregoing document was mailed to: _____

name(s) and address(es)

By:
Jermarsh Robinson
Printed or typed name of Filer

[Signature]
Signature of Filer

_____
Florida Bar Number

purfection10@gmail.com
E-mail address

_____
Phone Number

_____
Facsimile Number

4399 Vandals
Street Address

St. Louis, MO 63033
City, State, Zip Code