(Rev. 10/2002) General Document

# United States District Court
## Southern District of Florida

Case Number: 17CV21421

Jermarsh Robinson
_____
Plaintiff(s)

v.

ASA College
_____
Defendant(s)

FILED by PG D.C.
MAY 15 2017
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. of FLA. - MIAMI

FILING FEE
PAID  NO
In Forma Pauperis  YES
Steven M. Larimore, Clerk

## Notice of Appeal
*(TITLE OF DOCUMENT)*

I, Jermarsh Robinson, plaintiff or defendant, in the above styled cause,

I filed an identification fraud complaint in the United States District court. If the Federal courts do not compensate me for the identity theft by giving me a win in court that breaks my constitutional rights (Due process Clause and my Equal Protection Clause right of the US Constitution).

That identity theft caused injury. If the party causing injury was either willful (intentionally causing harm) or negligent then he/she is responsible (liable) for payment of damages for the harm caused.

Remedies for injuries are the preventive, remedies for compensation, and proceedings for punishment. My complaint or lawsuit is a remedy for compensation.

(Rev. 10/2002) General Document

ASA College assisted in the commission of a crime. They are an accomplice. The accomplice may share in the same charge and punishment as the principal criminal.

Certificate of Service

I _____ , certify that on this date _____ a true copy of the foregoing document was mailed to: _____
name(s) and address(es)

By:
Jermarsh Robinson
Printed or typed name of Filer

JerMarsh R (signature)
Signature of Filer

_____
Florida Bar Number

purfection1@gmail.com
E-mail address

_____
Phone Number

Facsimile Number

4399 Vandals drive
Street Address

St. Louis, MO 63033
City, State, Zip Code